IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 15-cv-0275-RPM

HOLLY B. LAMBERT,

    Plaintiff,

v.

USAA CASUALTY INSURANCE COMPANY,

    Defendant.

_____

ORDER VACATING AMENDED ORDER SETTING SCHEDULING/PLANNING CONFERENCE
_____

    Upon reassignment of this civil action and this Court's case management procedures, it is

    ORDERED that the Amended Order Setting Scheduling/Planning Conference entered by Magistrate Judge Kathleen M. Tafoya on March 27, 2015, is vacated.

    DATED: April 8th, 2015

                                      BY THE COURT:

                                      s/Richard P. Matsch
                                      _____
                                      Richard P. Matsch, Senior Judge